**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 4, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-03835 MHP  ANTHONY R. TURNER-v-USA

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        by: Gina Agustine-Rivas
        Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-03835-MHP
### Internal Use Only

| | |
|---|---|
| Turner v. United States of America | Date Filed: 08/11/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 09/03/2008 |
| Cause: 28:1361 Petition for Writ of Mandamus | Jury Demand: None |
| | Nature of Suit: 510 Prisoner: Vacate Sentence |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Anthony R. Turner**   represented by   **Anthony R. Turner**
G-27511
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378-0600
PRO SE

V.

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2008 | 1 | COMPLAINT (no process) against United States of America (Filing fee: IFPP). Filed by Anthony R. Turner. (slh, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/14/2008) |
| 08/11/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Anthony R. Turner. (slh, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/14/2008) |
| 08/11/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (slh, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/14/2008) |
| 08/11/2008 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/14/2008) |
| 08/21/2008 | 4 | MOTION for Judicial Intervention filed by Anthony R. Turner. (slh, COURT STAFF) (Filed on 8/21/2008) (Entered: 08/21/2008) |

| 09/03/2008 | 5 | ORDER TRANSFERRING CASE to Eastern District of California; Signed by Judge Marilyn Hall Patel on 9/2/2008. (Attachments: # 1 CertServ)(awb, COURT-STAFF) (Filed on 9/3/2008) (Entered: 09/03/2008) |
| --- | --- | --- |
| 09/04/2008 | 6 | CLERK'S NOTICE: Case Transferred Electronically to Eastern District of California. (gba, COURT STAFF) (Filed on 9/4/2008) (Entered: 09/04/2008) |